UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. SMITH, | No. CV 12-4492 RGK (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| R.L. GOWER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 11, 2013

*/s/ Gary Klausner*

R. GARY KLAUSNER
United States District Judge